**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**JOSE ELIAS MUNOZ GOMEZ**<br>**aka JOSE E. MUNOZ GOMEZ, aka JOSE E.**<br>**MUNOZ, aka JOSE MUNOZ GOMEZ, aka JOSE**<br>**MUNOZ, aka JOSE ELIAS MUNOZ**<br><br>**xxx–xx–0514**<br><br>Debtor(s) | Case No. **14–10136 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 1/28/15 |

### *ORDER DISMISSING CASE PURSUANT TO 11 USC §521(1)*

Upon debtor's (s') failure to file all the documents and/or information required by 11 USC §521(a), it is now

ORDERED that the instant case be and is hereby dismissed pursuant to 11 USC §521(i) effective on the 46th day after the date of the filing of the petition.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, January 28, 2015 .

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge